Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JUAN CARLOS CRUZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CRUZ ) | Case No.: 1:18-cv-00222-GSA |
| Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the October 9, 2018, stipulation of the parties (Doc. 14), and for good cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include November 12, 2018, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the February 20, 2018 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 11, 2018**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE