Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Juan Carlos Cruz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JUAN CARLOS CRUZ, | Case No.: 1:18-cv-00222-GSA |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (SECOND REQUEST) |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the deadline in which plaintiff must file his opening brief for a period of 30 days from November 12, 2018, to and including December 12, 2018, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 5, are extended accordingly.

-1-

This is plaintiff's second request for an extension in this matter. Counsel for plaintiff has experienced an emergency due to the recent "Woolsey Fire." Counsel has not been able to and will not be able to attend to any work matters in the near future as a result of the need to deal with personal matters. On behalf of counsel for plaintiff, the parties respectfully request the granting of this request for the proper briefing.

IT IS SO STIPULATED.

DATE: November 13, 2018    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff JUAN CARLOS CRUZ

Date: November 13, 2018    McGREGOR W. SCOTT
United States Attorney

BY: /s/ *Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per email authorization)

IT IS SO ORDERED.

Dated: **November 14, 2018**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE